

**FILED & ENTERED**

**OCT 30 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

MARTIN PEMSTEIN and DIANA PEMSTEIN,

    Debtors.

Case No. 2:12-bk-15900-RK

Chapter 11

**ORDER DENYING DEBTORS' SECOND AMENDED MOTION TO VACATE DISCHARGE ENTERED ON SEPTEMBER 11, 2017**

Date: October 25, 2017
Time: 11:00 a.m.
Courtroom: 1675

    This bankruptcy case came on for hearing on October 25, 2017 before the undersigned United States Bankruptcy Judge on the Second Amended Motion of Debtors Martin Pemstein and Diana Pemstein to Vacate Order of Discharge Dated 9/11/2017 (DOC 438)" ("Motion")(Docket No. 445). Debtor Martin Pemstein appeared for himself. Debtor Diana Pemstein did not appear. Creditor Harold Pemstein by his counsel, Christopher L. Blank, Attorney at Law, PC, filed a written response to the Motion, but did not appear at the hearing.

    Having considered the moving and responding papers and oral argument of Debtor Martin Pemstein, the court denies the Motion is denied for the reasons stated in

-1-

its tentative ruling (copy attached) and as orally stated on the record at the hearing.

IT IS SO ORDERED.

###

Date: October 30, 2017

Robert Kwan
United States Bankruptcy Judge

TENTATIVE RULING

Deny motion to vacate discharge since the only discharge entered in this case was the one entered on 9/11/17 and is not duplicative of the order directing entry of discharge on 9/23/13 and because debtor has not shown that such entry on 9/11/17 is untimely. Appearances are required on 10/25/17, but counsel may appear by telephone.

END OF TENTATIVE RULING